Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Nanette Hunter*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE HUNTER, | CASE NO. '14CV1286 CAB NLS |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| vs. | **1.  VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. 1692 ET. SEQ;** |
| FIRST NATIONAL COLLECTION BUREAU, INC., | **2.  VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT, CAL. CIV. CODE 1788 ET. SEQ.** |
| Defendant. | **JURY TRIAL DEMANDED** |

**Complaint for Damages**

## INTRODUCTION

1. Nanette Hunter ("Plaintiff") brings this action for damages and any other available legal or equitable remedies, resulting from the illegal actions of First National Collection Bureau, Inc. ("Defendant") and its present, former, future direct and indirect parent companies, subsidiaries, affiliates, agents, and related entities, in negligently, or willfully violating debt collection laws.  Plaintiff alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

## JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. § 1331 because this action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA").

3. Supplemental jurisdiction exists under 28 U.S.C. § 1367 for violations of the California Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et. seq,*. ("RFDCPA").

4. Venue is proper in the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1391(b)(c) and § 1441(a) because Defendant is deemed to reside in any judicial district in which they are subject to personal jurisdiction at the time the action is commenced, and because Defendant's contacts with this District are sufficient to subject it to personal jurisdiction. Venue is also proper in this District under 28 U.S.C. § 1391(b) because Defendant transacts business here and because Plaintiff has resided in this District at all times relevant to these claims such that a substantial part of the events giving rise to Plaintiff's causes of action against Defendant occurred within  this judicial district.

///

**Complaint for Damages**

## PARTIES

5. Plaintiff is, and at all times mentioned herein was, an individual citizen and resident of the State of California, County of San Diego, in this judicial district. Plaintiff is, and at all times mentioned herein was, a "person" as defined by 47 U.S.C. § 153 (10).  Plaintiff is also a "consumer" as the term is defined by 15 U.S.C. § 1692a(3)

6. Defendant is, and at all times mentioned herein was, a corporation registered in Nevada with its principal place of business located in Nevada.   Plaintiff alleges that at all times relevant herein Defendant conducted business in the State of California and in the County of San Diego, and within this judicial district.

7. The Defendant is, and at all times mentioned herein was, a "person," as defined by 47 U.S.C. § 153 (32).

8. Defendant operates as a collection agency and is a "debt collector" as the term is defined by 15 U.S.C. §1692a(6) and Cal. Civ. Code § 1788.2(c).

## FACTUAL ALLEGATIONS

9. Plaintiff allegedly incurred a financial obligation for a personal consumer "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. The debt was purchased, assigned or transferred to Defendant for collection, or Defendant was employed to collect the debt using reference number 042922188.

11. Defendant attempted to collect the debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

12. Defendant called Plaintiff on her telephone ending 0714 mostly using a number ending in 4808.

13. The calls began no later than May 24, 2013 and were quite frequent.  For example, On May 29, 2013, Defendant called Plaintiff at least 5 (five) times.

///

///

Complaint for Damages

14. During less than one week from May 25, 2013 through May 29, 2013, Defendant called Plaintiff at least 12 (twelve) times from the number ending 4808.

15. Defendant also called Plaintiff at unreasonable times like before 8:00 am and after 8:00 pm.

## FIRST CAUSE OF ACTION
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692, ET SEQ.

16. Plaintiff incorporates by reference the above paragraphs of this complaint.

17. Defendant engaged in behavior the natural consequences of which was to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt, in violation of 15 U.S.C. § 1692d.

18. Defendant caused Plaintiff's telephone to ring repeatedly with intent to annoy, abuse or harass Plaintiff in violation of 15 U.S.C. § 1692d(5).

19. The foregoing acts and omissions constitute numerous and multiple violations of the FDCPA, including every one of the above-cited provisions.

20. Plaintiff is entitled to damages as a result of Defendant's violations.

21. Plaintiff is also entitled to an award of attorneys fees and costs.

## SECOND CAUSE OF ACTION
## VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
## CAL. CIV. CODE § 1788, ET SEQ.

22. Plaintiff incorporates by reference the above paragraphs of this complaint.

23. The Rosenthal Fair Debt Collection Practices Act, California Civil Code §1788 *et seq.* prohibits unfair and deceptive acts and practices in the collection of consumer debts.

24. Defendant caused Plaintiff's telephone to ring repeatedly with an intent to annoy the Plaintiff, in violation of Cal. Civ. Code § 1788.11(d).

///

25. Defendant failed to comply with provisions of 15 U.S.C. § 1692, *et seq.*, in violation of Cal. Civ. Code § 1788.17.
26. Plaintiff is entitled to damages as a result of Defendant's violations.
27. Plaintiff is also entitled to an award of attorney fees and costs.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests the Court grant Plaintiff the following relief against Defendant:

### FIRST CAUSE OF ACTION
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692, ET SEQ.

28. As a result of Defendant's violations of 15 U.S.C. § 1692, *et seq.*, Plaintiff seeks actual damages pursuant to 15 U.S.C. § 1692k(a)(1);
29. Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);
30. Cost of litigation and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);
31. An award of attorney fees and costs to counsel for Plaintiff;
32. Any other relief the Court may deem just and proper including interest.

### SECOND CAUSE OF ACTION
### VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
### CAL. CIV. CODE § 1788, ET SEQ.

33. As a result of Defendant's violations of Cal. Civ. Code § 1788, *et seq.*, Plaintiff seeks actual damages pursuant to Cal. Civ. Code § 1788.30(a);
35. Statutory damages of $1,000.00 for knowingly and willfully committing violations pursuant to Cal. Civ. Code § 1788.30(b);
36. An award of attorney fees and costs to counsel for Plaintiff;
37. Any other relief the Court may deem just and proper including interest.

///

///

5

Complaint for Damages


### TRIAL BY JURY

Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is entitled to, and demands, a trial by jury on all counts so triable.

Date: May 23, 2014                     LAW OFFICE OF DANIEL G. SHAY

By: /s/ Daniel G. Shay
Daniel G. Shay, Esq.
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

**Complaint for Damages**