Daniel G. Shay, Esq. (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorney for Plaintiff*
*Nanette Hunter*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE HUNTER, | CASE NO. |
| | 3:14-cv-01286-CAB-NLS |
| Plaintiff, | |
| | **NOTICE OF VOLUNTARY** |
| vs. | **DISMISSAL WITH** |
| | **PREJUDICE** |
| FIRST NATIONAL COLLECTION BUREAU, INC., | |
| Defendant. | |

1

Notice of Voluntary Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby dismisses the above entitled action entirely with prejudice.

Respectfully submitted,

Date:  August 21, 2014                LAW OFFICE OF DANIEL G. SHAY

By:  /s/ Daniel G. Shay
Daniel G. Shay
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Nanette Hunter*